IN THE MATTER OF JOSEPH S. VIVIANI.

September 29, 1982.

Petition for certification denied. (See 184 *N.J.Super.* 582)

ANN KLEIN, COMMISSIONER OF THE DEPARTMENT OF HUMAN SERVICES v. COUNTY OF HUDSON.

September 29, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH EARL ALFORD.

September 29, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS BETANCOURT.

September 29, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY MASON.

September 29, 1982.

Petition for certification denied.